**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| DANIEL MILLER, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-139-RWS-JBB |
| | § | |
| FCI TEXARKANA WARDEN, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Before the Court is Petitioner Daniel Miller's petition for writ of habeas corpus under 28 U.S.C. § 2241 complaining of prison disciplinary action taken against him. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

On August 5, 2026, the magistrate judge issued a report and recommendation, recommending the above-styled application for the writ of habeas corpus be dismissed with prejudice. Docket No. 10. A copy of the report and recommendation was sent to Petitioner at his last known address, return receipt requested, but no acknowledgement has been received. The Fifth Circuit has explained that where a letter is properly placed in the United States mail, a presumption exists that the letter reached its destination in the usual time and was actually received by the person to whom it was addressed. *Faciane v. Sun Life Assurance Company of Canada*, 931 F.3d 412, 420-21 and n.9 (5th Cir. 2019).

As of this date, no objections have been filed to the August 5, 2026 report and recommendation. Because no objections have been received, Petitioner is barred from *de novo* review by the district judge of the magistrate judge's proposed findings, conclusions and recommendations and, except upon grounds of plain error, from appellate review of the

unobjected-to factual findings and legal conclusions accepted and adopted by the district court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the report and recommendation of the magistrate judge. After review, the Court has determined the report and recommendation of the magistrate judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the report and recommendation of the magistrate judge (Docket No. 10) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** the above-captioned petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 22nd day of September, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE